# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MATTHEW KENNEY and GREGORY BENEDICT | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. 3:24-CV-0809-S |
| DALLAS COUNTY, TEXAS | §<br>§ | |

## ORDER

By Order dated November 22, 2024, the Court granted Defendant Dallas County, Texas's Rule 12(b)(6) Motion to Dismiss Plaintiffs' Rehabilitation Act Claims Alleged Against It in Plaintiffs' Original Complaint [ECF No. 8], dismissing Plaintiffs Matthew Kenney and Gregory Benedict's Rehabilitation Act claims without prejudice. The Court ordered that "Plaintiffs must file an amended complaint by **December 6, 2024**. If an amended complaint is not filed within such time, Plaintiffs' Rehabilitation Act claims will be dismissed with prejudice." Mem. Op. and Order [ECF No. 19] 6. Plaintiffs have failed to file the referenced amended complaint. Accordingly, the Court **DISMISSES** Plaintiffs' Rehabilitation Act claims against Defendant **WITH PREJUDICE**.

**SO ORDERED.**

SIGNED December 19, 2024.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**